IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LARON MONTANEZ JAMISON, | * | |
| | * | |
| Movant, | * | |
| | * | |
| vs. | * | No. 4:05CV01078 SWW |
| | * | (No. 4:03CR00140 SWW) |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

ORDER

Before the Court is petitioner's Application for Certificate of Appealability. Upon review of the application, the Court finds it should be denied.

The standard for issuance of a certificate of appealability pursuant to the Antiterrorism and Effective Death Penalty Act is the same as was required formerly for a certificate of probable cause. *Roberts v. Bowersox,* 137 F.3d 1062, 1068 (8th Cir. 1998). Both issue on a substantial showing of the denial of a constitutional right. *Id.* A "substantial showing" is one in which a petitioner demonstrates that his "issues are debatable among jurists of reason; that a court *could* resolve the issues [in a different manner]; or that the questions are 'adequate to deserve encouragement to proceed further.'" *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983) (citations omitted).

The Court finds petitioner has failed to make such a showing. Accordingly, the application [docket entry 73] is denied.

DATED this 15th day of November 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE